IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTORY MEDIA, INC. | Case No. 2:18-cv-00045-CRE |
| Plaintiff, | HONORABLE CYNTHIA R. EDDY |
| v. | |
| WORLD EDUCATION, LLC d/b/a WORLDEDUCATION.NET | |
| Defendant. | |

## STIPULATION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this matter with prejudice and without cost to either party.

Respectfully submitted,

| | |
|---|---|
| */s/ Justin M. Tuskan* | */s/ Eric M. Spada* |
| Justin M. Tuskan (PA ID 311235) | Eric M. Spada (PA ID 311446) |
| METZ LEWIS BRODMAN MUST O'KEEFE LLC | BUCHANAN INGERSOLL & ROONEY PC |
| 535 Smithfield Street, 8th Floor | 301 Grant Street, 20th Floor |
| Pittsburgh, PA 15222 | Pittsburgh, PA 15219 |
| Phone: (412) 918-1100 | Phone: (412) 562-374 |
| jtuskan@metzlewis.com | eric.spada@bipc.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Victory Media, Inc.* | *World Education, LLC* |

Date: March 15, 2018