# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTORY MEDIA, INC. | Case No. 2:18-cv-00045-CRE |
| Plaintiff, | HONORABLE CYNTHIA R. EDDY |
| v. | |
| WORLD EDUCATION, LLC d/b/a WORLDEDUCATION.NET | |
| Defendant. | |

## STIPULATION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this matter with prejudice and without cost to either party.

Respectfully submitted,

/s/ Justin M. Tuskan
Justin M. Tuskan (PA ID 311235)
METZ LEWIS BRODMAN MUST
O'KEEFE LLC
535 Smithfield Street, 8th Floor
Pittsburgh, PA 15222
Phone: (412) 918-1100
jtuskan@metzlewis.com
*Attorneys for Plaintiff*
*Victory Media, Inc.*

/s/ Eric M. Spada
Eric M. Spada (PA ID 311446)
BUCHANAN INGERSOLL
& ROONEY PC
301 Grant Street, 20th Floor
Pittsburgh, PA 15219
Phone: (412) 562-374
eric.spada@bipc.com
*Attorneys for Defendant*
*World Education, LLC*

Date: March 15, 2018

approved,
Cynthia R. Eddy, J.
3/15/18